R. Craig Clark (SBN 129219)
cclark@clarklawyers.com
Monique R. Rodriguez (SBN 304223)
mrodriguez@clarklawyers.com
Paige D. Chretien (SBN 320210)
pchretien@clarklawyers.com
**CLARK LAW GROUP**
205 West Date Street
San Diego, CA 92101
Telephone: (619) 239-1321
Facsimile:  (888) 273-4554

William D. Pettersen (SBN 82637)
lepet@cox.net
**PETTERSEN & BARK**
205 West Date Street
San Diego, CA 92101
Telephone: (619) 702-0123
Facsimile:  (619) 702-0127

*Attorneys for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA BECKMAN, as an individual, on behalf of herself and all persons similarly situated,<br><br>                  Plaintiff,<br><br>          vs.<br><br>WAL-MART STORES, INC., an Arkansas corporation authorized to do business in the state of California; ESPRESSO SUPPLY, INC., a Washington corporation authorized to do business in the state of California; EKO BRANDS, LLC, a Washington corporation; and DOES 1-10 inclusive,<br><br>                  Defendants. | Case No.: 3:17-cv-02249-BAS-BLM<br><br>*Removed from the Superior Court of California, San Diego County, Case No. 37-2017-00021869-CU-BC-CTL*<br><br>**CLASS ACTION**<br><br>**SECOND AMENDED COMPLAINT FOR DAMAGES, RESTITUTION AND INJUNCTIVE RELIEF:**<br><br>**(1) BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY;**<br><br>**(2) BREACH OF EXPRESS WARRANTY;**<br><br>**(3) BREACH OF IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE; and**<br><br>**(4) UNFAIR BUSINESS PRACTICES (Bus. & Prof. Code §§ 17200 et seq. and 17500 et seq.).**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff GINA BECKMAN ("Plaintiff"), by and through her attorneys of record, brings this action on behalf of herself and all persons similarly situated, against Defendants WAL-MART STORES, INC.; ESPRESSO SUPPLY, INC.; and EKO BRANDS, LLC (collectively "Defendants") on the following grounds:

## INTRODUCTION

1.    This class action is brought on behalf of all consumers of Wal-Mart Stores, Inc.; Espresso Supply, Inc.; and/or Eko Brands, LLC who purchased a Brew & Save K-Cup Carafe Filter ("Carafe Filter"), which is advertised as being compatible with Keurig® 2.0 and 1.0 models in the state of California. The Carafe Filter is sold at Wal-Mart retail stores throughout the state of California.

2.    Plaintiff seeks damages, restitution, and injunctive relief, as well as reasonable attorneys' fee and litigation costs, as provided under California law.

3.    All allegations in this Second Amended Complaint ("SAC") are based upon information and belief except for those allegations which pertain to the Plaintiff, named herein and her counsel, which are based on her own personal knowledge. Each allegation in this SAC has evidentiary support or is likely to have evidentiary support after a reasonable opportunity for further investigation and discovery.

## JURISDICTION AND VENUE

4.    This Court has jurisdiction over this action pursuant to California Code of Civil Procedure ("Code of Civil Procedure") §§ 382, 410.10, California Civil Code ("Civil Code") § 1781 and California Business and Professions Code ("Bus. & Prof. Code") § 17203. Plaintiff brings this action on behalf of herself and on behalf of all persons within the Class, as defined below.

5.    This Court has jurisdiction over this action pursuant to the Class Action Fairness Act, codified in 28 U.S.C. § 1332(d).  On November 3, 2017, Defendants removed this action from the California Superior Court for the County of San Diego based on evidence that the aggregate claims of the putative Class, exclusive of interest, costs, and attorneys' fees exceeds $5 million. (*See* Docket No. 1.)

SECOND AMENDED COMPLAINT

6.      Venue as to Defendants is proper in this jurisdictional district pursuant to 28 U.S.C. § 1391.  At all relevant times, Defendants transacted business in the state of California and in the County of San Diego and the injuries to the persons complained of herein occurred in the state of California and in the County of San Diego.

## CLASS DEFINITION

7.      The members of the proposed Class consists of all consumers who purchased a Brew & Save K-Cup Carafe Filter, advertised as being compatible with Keurig® 2.0 and 1.0 models, at Wal-Mart retail stores, in California, during the period commencing on the date that is within four (4) years prior to the filing of the initial complaint and through the present date ("Class Period").[1] To the extent that equitable tolling operates to toll claims by the Class against the Defendants, the Class Period should be adjusted accordingly.

8.      The Class is comprised of "consumers" and "members of the public," as the terms are used in the Civil Code and Bus. & Prof. Code.

9.      A more precise definition of the class and/or classes may be determined after further investigation and discovery is conducted.

10.     Plaintiff reserves her right to redefine the class and/or classes at any time prior to the court's order on Plaintiff's Motion for Class Certification or at any other time as provided by law.

## THE PARTIES

**I.      PLAINTIFF**

11.     Plaintiff Gina Beckman at all material times mentioned herein:

a)   Resided in, and continues to reside in, the city of San Diego in the County of San Diego, in the State of California;

b)   Purchased a Brew & Save K-Cup Carafe Filter from a Wal-Mart retail store on or about May 22, 2017;

---

[1] Excluded from the Class are Plaintiff's attorneys of record, their employees, and their family members, as well as any judges to which this action is assigned, and their family members.

c) The Carafe Filter was advertised as being compatible with Keurig® 2.0 and 1.0 models;

d) Purchased the Carafe Filter based on the compatibility statements listed on the packaging of the product;

e) Purchased the Carafe Filter because it was sold at a Wal-Mart store, which is owned and operated by the well known and reputable retailer, Wal-Mart Stores, Inc. Plaintiff reasonably believed the Wal-Mart store would not stock and sell the Carafe Filter if it was not compatible with Keurig® 2.0 model as advertised;

f) The Carafe Filter was not compatible with Plaintiff's Keurig® 2.0 and 1.0 models;

g) Was damaged by the incompatible product;

h) Would not have purchased the Carafe Filter, but for its alleged compatibility;

i) Is a member of the Class defined herein.

## II. DEFENDANTS

12. Based on information and belief, Plaintiff alleges thereon, that Defendant Wal-Mart Stores, Inc. ("Wal-Mart Stores") owns, operates, and manages business establishments, commonly identified as "Wal-Mart retail stores" within the state of California. Wal-Mart Stores is licensed to do business, and is doing business, in the state of California. According to its website, https://corporate.walmart.com, Wal-Mart Stores provides an assortment of goods to the general public and employs over 2.3 million associates to meet the needs of more than 260 million customers every week. In fact, Wal-Mart Stores claims to be the largest retailer in the world. Wal-Mart Stores sells Brew & Save Carafe Filters as part of its beverage and beverage accessories, which are advertised as being compatible with Keurig® 1.0 and Keurig® 2.0 models. Wal-Mart Stores' corporate headquarters are believed to be located at 702 S.W. 8th St. Bentonville, AK 72716.

13.     Wal-Mart Stores is subject to the California Commercial Code ("Commercial Code"), Civil Code § 1794(a) and Bus. & Prof. Code §§ 17200 and 17500 et seq. because: (1) the company is situated in California; (2) it operates stores in and throughout the state of California; and (3) Plaintiff purchased the Carafe Filter in the state of California from a Wal-Mart retail store owned, operated, and managed by Wal-Mart Stores.

14.     Based on information and belief, Plaintiff alleges thereon, that Defendant Espresso Supply, Inc.'s ("Espresso Supply") advertises and sells Brew & Save K-Cup Carafe Filters, which are advertised as being compatible with Keurig® 1.0 and 2.0 models, to California consumers at various retail stores in California, including Wal-Mart retail stores. Espresso Supply is licensed to do business, and is doing business, in the state of California, as described herein. It is Plaintiff's understanding that Espresso Supply acquired Defendant Ekobrands, LLC sometime in 2015 and has therefore served as the parent company of the entity since its acquisition. Espresso Supply's corporate headquarters are believed to be located at 1123 NW 51st Street Seattle, WA 98107.

15.     Based on information and belief, Plaintiff alleges thereon, that Defendant Eko Brands, LLC. ("Eko Brands") manufactures, distributes, and packages Bew & Save K-Cup Carafe Filters and EKOBREW reusable filters, which are advertised and sold as being compatible with Keurig® 1.0 and 2.0 models to consumers of the state of California at Wal-Mart retail stores. Plaintiff is informed and believes that Eko Brands was acquired by Defendant Espresso Supply in 2015. Eko Brands' corporate headquarters are believed to be located at 6029 238th St SE Woodinville, WA 98072.

16.     Espresso Supply and Eko Brands are subject to the Commercial Code, Civil Code § 1794(a) and Bus. & Prof. Code §§ 17200 and 17500 et seq. because they advertise and sell Brew & Save K-Cup Carafe Filters to consumers in the state of California at Wal-Mart retail stores.

17.     The true names and capacities, whether individual, corporate, subsidiary, partnership, associate, or otherwise of Defendant Does 1 through 10, are unknown to

Plaintiff, who therefore sues these defendants by such fictitious names pursuant to Code Civil Procedure § 474. Plaintiff will amend her complaint to allege the true names and capacities of Does 1 through 10, when they are ascertained.

18.    At all times mentioned herein, each defendant acted as an agent, servant, employee, co-conspirator, alter-ego and/or joint venture of the other defendants, and in doing the things alleged herein acted within the course and scope of such agency, employment, alter ego and/or in furtherance of the joint venture.

19.    At all times mentioned herein, the acts and omissions of each of the defendants concurrently contributed to the various acts and omissions of each and every one of the other defendants in proximately causing the wrongful conduct, harm, and damages alleged herein. Each of the defendants approved of, condoned, and/or otherwise ratified each and every one of the acts or omissions complained herein. Each defendant and all doe defendants were and are acting with the authority of each and every other defendant and are acting as agents of each and every other defendant or doe defendant.

## CLASS ALLEGATIONS

20.    Plaintiff brings this action on behalf of herself and on behalf of all persons within the defined Class.

21.    This class action meets the statutory prerequisites for the maintenance of a class action, as set forth in Code Civil Procedure § 382, Civil Code § 1781, and the Federal Rules of Civil Procedure, Rule 23, in that:

   a)    The persons who comprise the Class are so numerous that the joinder of all such persons is impracticable and the disposition of their claims as a class will benefit the parties and the Court;

   b)    Nearly all factual, legal, statutory, declaratory and injunctive relief issues that are raised in this Complaint are common to the Class and will apply uniformly to every member of the Class, and as a practical matter be dispositive of interests of the other members not party to the

adjudication or substantially impair or impede their ability to protect their interests;

c) The parties opposing the Class have acted or refuse to act on grounds generally applicable to the Class, thereby making appropriate final injunctive relief or corresponding declaratory relief with respect to the Class as a whole; and

d) Common questions of law and fact exist as to the members of the Class and predominate over any question affecting only individual members, and a class action is superior to other available methods for the fair and efficient adjudication of the controversy, including consideration of:

   i. The interests of the members of the Class in individually controlling the prosecution or defense of separate actions;

   ii. The extent and nature of any litigation concerning the controversy already commenced by or against members of the Class;

   iii. The desirability or undesirability of concentrating the litigation of the claims in the particular forum; and

   iv. The difficulties likely to be encountered in the management of a class action.

22. This Court should permit this action to be maintained as a class action pursuant to Code Civil Procedure § 382, Civil Code § 1781 and Federal Rule of Civil Procedure, Rule 23 because:

a) The questions of law and fact common to the Class predominate over any questions affecting only individual members;

b) A class action is superior to any other available method for the fair and efficient adjudication of the claims of the members of the Class;

c) The members of the Class are so numerous that it is impractical to bring all members of the Class before the Court;

7

SECOND AMENDED COMPLAINT

d)    Plaintiff and the other Class members, will not be able to obtain effective and economic legal redress unless the action is maintained as a class action;

e)    There is a community of interest in obtaining appropriate legal and equitable relief for the common law and statutory violations and other improprieties, and in obtaining adequate compensation for the damages and injuries which Defendants' actions have inflicted upon the Class;

f)    There is a community of interest in ensuring that the combined assets and available insurance of Defendants are sufficient to adequately compensate the members of the Class for the injuries sustained;

g)    Defendants have acted or refused to act on grounds generally applicable to the Class, thereby making final injunctive relief appropriate with respect to the Class as a whole.

## **FACTUAL ALLEGATIONS**

23.    Plaintiff desired to purchase a reusable filter that was compatible with her Keurig® 2.0.

24.    Plaintiff purchased a Brew & Save K-Cup Carafe Filter from a Wal-Mart retail store located at 3382 Murphy Canyon Road, San Diego, California, believed to be owned, operated, and managed by Wal-Mart Stores on or about May 22, 2017.

25.    Plaintiff purchased the Carafe Filter for $9.92, excluding taxes.

26.    The Carafe Filter is described on its label as a reusable filter that is compatible with Keurig® 1.0 and 2.0 models. Included below**,** and incorporated herein by reference, are true and correct copies of photographs taken of the front, back, and top of the Carafe Filter's packaging Plaintiff purchased on May 22, 2017.






27.    According to www.brewandsave.com, the Carafe Filter is compatible with most Keurig® and single serve brewers. It is used in place of the Keurig® K-Cups by closing the lid of the Brew & Save K-Cup Carafe Filter and firmly placing it in the Keurig® filter holder.

28.    Keurig® is a beverage brewing system for coffee, tea, hot chocolate, or other hot beverages. Keurig Green Mountain, Inc. manufactures and produces various models, including Keurig® 2.0 and 1.0 models. Keurig Green Mountain, Inc. also

manufactures and produces K-Cups, which are pre-packaged freshly-ground coffee pods.

29.     While shopping at a Wal-Mart retail store, Plaintiff came across the Carafe Filter. Plaintiff inspected the product's packaging and read the front packaging label, which states, "Keurig 1.0 and 2.0 compatible." Plaintiff also read the back of the packaging, which states, "Compatible with all brewers that accommodate a Keurig 2.0 style carafe cup." (*See* ¶ 26.)

30.     Plaintiff purchased the Carafe Filter to use with her Keurig® 2.0 because the packaging stated that the product was compatible with her Keurig® 2.0. (*Id.*)

31.     The day after purchasing the Carafe Filter, Plaintiff attempted to the use the product on her Keurig® 2.0. Upon inserting the Carafe Filter into her Keurig®, Plaintiff received an error message, which indicated that the Carafe Filter was not designed for her Keurig®. The error message further instructed Plaintiff to try one of the hundreds of pods with the Keurig® logo.

32.     Thereafter, Plaintiff and her husband attempted numerous times and on numerous occasions to use the Carafe Filter on their Keurig® 2.0. Unfortunately, Plaintiff received the same error message.

33.     Based on the packaging's clear and unambiguous statements that the Carafe Filter was compatible with Keurig® 2.0 models, Plaintiff reasonably believed and relied on the information contained on the product's packaging that the Carafe Filter would function with her Keurig® 2.0 model.  (*Id.*).

34.     To Plaintiff's disappointment, the Carafe Filter did not function with her Keurig® 2.0 model.  As such, Plaintiff was damaged by Defendants when the Carafe Filter did not function as advertised, as she would not have purchased the product if she had known of its incompatibility.

35.     In fact, on www.walmart.com, the Carafe Filter described herein, has several reviews, which indicate that the Carafe Filter is not compatible with Keurig® models as advertised. Attached hereto as **Exhibit 1,** and incorporated herein by

reference, are true and correct copies of consumer reviews taken from www.walmart.com of consumers who purchased Brew & Save K-Cup Carafe Filters and experienced the same and/or similar issues Plaintiff complains of herein.

36.     A recent Consumer Report indicates that current Keurig® models, such as the 2.0 models, do not recognize unlicensed K-Cups. Attached hereto as **Exhibit 2**, and incorporated herein by this reference, is a true and correct copy of a report by Consumer Reports, which can be found at https://www.consumerreports.org/cro/news/2014/12/keurig-2-0-pod-coffeemaker-rejects-older-k-cups/index.htm.

37.     As such, Defendants knew or should have known that they were manufacturing, advertising, and/or selling a nonconforming good.

38.     Defendants' conduct deliberately induced, and continues to induce consumers, such as Plaintiff and other putative class members, to purchase Brew & Save K-Cup Carafe Filters, which are advertised as being compatible with Keurig® 1.0 and 2.0 models.

39.     As a result of Defendants' conduct, consumers, such as Plaintiff, suffered and will continue to suffer, economic injury by purchasing a product they would not have purchased had they known the product was not compatible with Keurig® 1.0 and 2.0 models.

40.     Plaintiff and other members of the putative class may have a desire to purchase reusable filters in the future; in fact, stores Plaintiff frequents sell reusable filters, however, Plaintiff and other members of the putative class have no way of determining whether the representations on the packaging are in fact true.  As such, Plaintiff and other members of the putative class continue to suffer a threat of future harm.

41.     Plaintiff believes that other violations may be discovered and therefore reserves her right to allege additional violations of California law, as investigation and

discovery warrants. In the event, Plaintiff discovers other violations, Plaintiff will seek to amend the operative complaint.

## CAUSES OF ACTION

### FIRST CAUSE OF ACTION

**(By Plaintiff Individually and on Behalf of the Class against Defendants and Does 1-10)**

### BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY

### [Com. Code § 2314; Civ. Code § 1794(a)]

42.    Plaintiff realleges and incorporates by this reference, as though fully set forth herein, all paragraphs of this SAC, the First Amended Complaint filed on September 7, 2017, and the Complaint filed on June 16, 2017.

43.    Commercial Code § 2314 states that "a warranty that the goods shall be merchantable is implied in a contract for their sale if the seller is a merchant with respect to goods of that kind."

44.    Civil Code § 1794(a) provides that "any buyer of consumer goods who is damaged by a failure to comply with any obligation under this chapter or under an implied or express warranty or service contract may bring an action for the recovery of damages and other legal and equitable relief."

45.    Defendants are merchants who manufacture, advertise, and sell goods related to beverages and beverage accessories, such as the coffee goods and accessories described herein. For example, Defendant Wal-Mart Stores stocks its shelves with and is in the business of selling several beverage products and accessories, including Brew & Save K-Cup Carafe Filters. Defendants Espresso Supply and Eko Brands also manufacture, advertise and sell beverage products, such as the coffee accessory described herein.

46.    Plaintiff and other consumers purchased a Carafe Filter from a Wal-Mart retail store, to use with their Keurig® 2.0 and 1.0 models.

47.    As described herein, the Carafe Filter provides several times on its packaging, as well as on its website, that the product is compatible with Keurig® 2.0 and 1.0 models. (*See* ¶ 26.)

48.    Plaintiff attempted numerous times and on numerous occasions to use the Carafe Filter with her Keurig® 2.0 model. However, each time she attempted to use the Carafe Filter she received an error message on her Keurig® 2.0 indicating that the Carafe Filter was not compatible with her Keurig® and to "try a pod with the Keurig® logo."

49.    Additionally, the Carafe Filter has many reviews on www.walmart.com alleging the same or similar issues experienced by Plaintiff. (*See* Exhibit 1.) Additionally, Consumer Reports has issued a statement indicating that newer Keurig® models, such as the Keurig® 2.0 do not recognize unlicensed K-cups. (*See* Exhibit 2.) Thus, it is clear that the Carafe Filters manufactured, advertised, and sold by Defendants are nonconforming.

50.    As such, Defendants failed to sell conforming goods in breach of the implied warranty of merchantability. Consequently, Plaintiff, and other members of the Class have suffered, and will continue to suffer, damages in the amounts which are presently unknown to them, but which exceed the jurisdictional limits of this Court and which will be ascertained according to proof at trial.

51.    Plaintiff, and other members of the Class, are entitled to, and seek to recover reasonable attorneys' fees and costs pursuant to Commercial Code § 2314 and Code of Civil Procedure § 1021.5.

52.    Plaintiff, on behalf of herself and other members of the Class, request further relief as described in the below prayer.

/ / /

/ / /

/ / /

/ / /

## SECOND CAUSE OF ACTION

### (By Plaintiff Individually and on Behalf of the Class against Defendants and Does 1-10)
### BREACH OF EXPRESS WARRANTY
#### [Com. Code § 2313]

53.    Plaintiff realleges and incorporates by this reference, as though fully set forth herein, all paragraphs of this SAC, the First Amended Complaint filed on September 7, 2017, and the Complaint filed on June 16, 2017.

54.    Commercial Code § 2313(1)(a) provides that express warranties by the seller are created by "any affirmation of fact or promise made by the seller to the buyer which relates to the goods and becomes part of the basis of the bargain creates an express warranty that the goods shall conform to the affirmation or promise."

55.    Wal-Mart Stores is a retailer in the business of selling, and does sell, various products, such as the Carafe Filters, described herein, in the state of California.

56.    Defendants Espresso Supply and Eko Brands are in the business of manufacturing, advertising and selling beverage products and accessories, such as the Carafe Filters in the state of California.

57.    By selling Carafe Filters, that have clear and unambiguous compatibility statements, Defendant Wal-Mart Stores affirms and endorses, by placing the product on its shelves for purchase, that the Carafe Filters would function and perform as expected when used with a Keurig® 2.0 or 1.0 models, and therefore endorse the product.

58.    Defendants Espresso Supply and Eko Brands manufacture, distribute, package, advertise and sell the Carafe Filters.

59.    As described herein, the product packaging and its website indicates that Carafe Filters are compatible with Keurig® 2.0 and 1.0 models.

60.    Plaintiff and other consumers reasonably purchased the product due to the belief that the product was compatible with Keurig® 2.0 and 1.0 models, as indicated on the packaging and the product's website. (*See* ¶ 26.)

61.    However, the Carafe Filter is not compatible as advertised, as Plaintiff's Keurig® 2.0 model displayed an error message each and every time Plaintiff attempted to use the Carafe Filter. Additionally, other consumers have experienced the same or similar issues described herein as indicated in the reviews posted on www.walmart.com. (*See* Exhibit 1.) Also, an article released by Consumer Report supports Plaintiff's experience. (*See* Exhibit 2.)

62.    Plaintiff and other consumers were damaged when they purchased the Carafe Filters as they do not conform to the promise that they are compatible with Keurig® 2.0 and 1.0 models.

63.    Plaintiff and other consumers would not have purchased the Carafe Filters had they known that the product was not compatible.

64.    As such, Plaintiff, and other members of the Class have suffered, and will continue to suffer, damages in the amounts which are presently unknown to them, but which exceed the jurisdictional limits of this Court and will be ascertained according to proof at trial.

65.    Plaintiff, and other members of the Class, are entitled to seek, and do seek to recover reasonable attorneys' fees and costs pursuant to Commercial Code § 2313 and Code of Civil Procedure §1021.5.

66.    Plaintiff, on behalf of herself and other members of the Class, request further relief as described in the below prayer.

## THIRD CAUSE OF ACTION

**(By Plaintiff Individually and on Behalf of the Class against Defendants and Does 1-10)**

## BREACH OF IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE

**[Com. Code § 2315]**

67.    Plaintiff realleges and incorporates by this reference, as though fully set forth herein, all paragraphs of this SAC, the First Amended Complaint filed on September 7, 2017, and the Complaint filed on June 16, 2017.

68.    Commercial Code § 2315 provides that:

Where the seller at the time of contracting has reason to know any particular purpose for which the goods are required and that the buyer is relying on the seller's skill or judgment to select or furnish suitable goods, there is unless excluded or modified under the next section an implied warranty that the goods shall be fit for such purpose.

69.    As described herein, Plaintiff purchased a Carafe Filter from a Wal-Mart retail store to use with her Keurig® 2.0 model, since the packing indicated that the Carafe Filter was compatible with Keurig® 2.0 and 1.0 models.

70.    Plaintiff and other consumers reasonably believed that the Carafe Filter was compatible with Keurig® 2.0 and 1.0 models because the packaging clearly and unambiguously states that the product is compatible.

71.    Defendants knew or should have known that Plaintiff and other consumers of the product intended to use the Carafe Filter with Keurig® 2.0 and/or 1.0 models because that is exactly the intended use of the product. In fact, the packing and website, describe the Carafe Filter's intended purposes, by stating that the product is to be used with Keurig® 2.0 and 1.0 models.

72.    As described herein, because the Carafe Filters failed to function as intended and advertised, Plaintiff, and other members of the Class have suffered, and will continue to suffer, damages in the amounts which are presently unknown to them, but which exceed the jurisdictional limits of this Court and which will be ascertained according to proof at trial.

73.    Plaintiff, and other members of the Class, are entitled to seek and recover reasonable attorneys' fees and costs pursuant to Commercial Code § 2315 and Code of Civil Procedure § 1021.5.

74.    Plaintiff, on behalf of herself and other members of the Class, request further relief as described in the below prayer.

/ / /

/ / /

# FOURTH CAUSE OF ACTION

**(By Plaintiff Individually and on Behalf of the Class against Defendants and Does 1-10)**

## UNFAIR BUSINESS PRACTICES

**[Bus. & Prof. Code §§ 17200 and 17500 et seq.]**

75.     Plaintiff realleges and incorporates by this reference, as though fully set forth herein, all paragraphs of this SAC, the First Amended Complaint filed on September 7, 2017, and the Complaint filed on June 16, 2017.

76.     Bus. & Prof. Code § 17200 defines unfair competition as "any unlawful, unfair, or fraudulent business act or practice."

77.     According to Bus. & Prof. Code § 17500, it is unlawful to make an untrue or misleading statement in connection with the sale or dissemination of goods or services, if the person making the statement knew or should have known the statement was untrue or misleading.  *See also* Civ. Code § 1770.

78.     Defendants are "persons" as the term is defined under Bus. & Prof. Code § 17201. All the acts described herein serve as violations of the Commercial Code, among other things, and are therefore unlawful and in violation of public policy. Additionally, Defendants' practices are immoral, unethical, oppressive, and unscrupulous, and thereby constitute unfair and unlawful business practices in violation of Bus. & Prof. Code.

79.     At all times relevant, by and through the conduct described herein, Defendants have engaged in unfair, unlawful, and fraudulent practices by knowingly selling nonconforming products to Plaintiff, and other members of the Class, and by falsely advertising that the Carafe Filter is compatible with Keurig® 2.0 and 1.0 models.

80.     By and through the unfair, unlawful, and fraudulent business practices, as well as the false advertising described herein, Defendants have obtained valuable property, money and services from Plaintiff, and other members of the Class, and has deprived them of valuable rights, privileges and benefits guaranteed by law, all to their detriment.

81.    By and through the unfair, unlawful and fraudulent business practices, as well as the false advertising described herein, Plaintiff and other members of the class are unable to rely on the validity of the information on the packaging, thereby impeding their desire to purchase reusable filters in the future.

82.    All the acts described herein as violations of, among other things, the Commercial Code, are unlawful and in violation of public policy; and in addition are immoral, unethical, oppressive, and unscrupulous, and thereby constitute unfair and unlawful business practices in violation of Bus. & Prof. Code § 17200 et seq.

83.    Plaintiff, and other members of the Class, are entitled to, and do, seek such relief as may be necessary to restore to them the money and property which Defendants have acquired, or of which Plaintiff, and other members of the Class, have been deprived, by means of the above described unfair and unlawful business acts and practices and false advertising.

84.    Plaintiff, and other members of the Class, are further entitled to, and do seek a declaration, that the above described business practices are unfair, unlawful and fraudulent pursuant to California law.

85.    Plaintiff, and other members of the Class, have no plain, speedy, and/or adequate remedy at law to redress the injuries they have suffered as a consequence of Defendants unfair, unlawful and fraudulent business practices. As a result, Plaintiff, and other members of the Class, have suffered and will continue to suffer irreparable harm unless Defendants are restrained from continuing to engage in these unfair and unlawful business practices. As such, Plaintiff, on behalf of herself and other members of the Class are entitled to and seek injunctive relief.

86.    Plaintiff, and other members of the Class, are entitled to, and do seek, equitable relief in the form of restitution for all monies paid for the Carafe Filter.

87.    Plaintiff, and other members of the Class, are entitled to, and seek, attorney's fees and costs incurred as a result of brining this action pursuant to Civil Code § 1780(e) and Code of Civil Procedure § 1021.5.

18

88.     Plaintiff, on behalf of herself and other members of the Class, requests further relief as described in the below prayer.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendants in favor of Plaintiff and the Class as follows:

1.  For an order determining that this action may be maintained as a class action with the named Plaintiff as the class representative;

2.  For the attorneys appearing on the above caption to be named as class counsel;

3.  For an order declaring that Defendants' conduct violates California law;

4.  For an order finding in favor of Plaintiff and the Class on all counts asserted herein;

5.  For damages as provided by California law;

6.  For restitution as permitted under California law;

7.  For injunctive relief as provided under California law;

8.  For pre- and post- judgment interest on all amounts award as permitted by California Law;

9.  For attorneys' fees and costs incurred in bringing this action as provided by California law;

10. For any other relief, the Court may deem just and proper.

Date: June 18, 2018                          **CLARK LAW GROUP**

By:  */s/ R. Craig Clark*
                 R. Craig Clark
                 Monique R. Rodriguez
                 Paige D. Chretien
                 *Attorneys for Plaintiff and the Putative Class*

SECOND AMENDED COMPLAINT

Date: June 18, 2018                    **PETTERSEN & BARK**

                                By:  */s/ William D. Pettersen*
                                    William D. Pettersen
                                    *Attorney for Plaintiffs and the Putative Class*



                        **DEMAND FOR JURY TRIAL**

        WHEREFORE, Plaintiff demands a jury trial on all issues triable to a jury.


Date: June 18, 2018                    **CLARK LAW GROUP**

                                By:  */s/ R. Craig Clark*
                                    R. Craig Clark
                                    Monique R. Rodriguez
                                    Paige D. Chretien
                                    *Attorneys for Plaintiff and the Putative Class*


Date: June 18, 2018                    **PETTERSEN & BARK**

                                By:  */s/ William D. Pettersen*
                                    William D. Pettersen
                                    *Attorney for Plaintiff and the Putative Class*

# EXHIBIT 1

# EXHIBIT 1

Food    Coffee    Coffee Filters & Supplies

# Brew and Save Reusable Carafe Coffee Filter for Keurig 2.0 Brewer

28 reviews   Q&A   By: Brew & Save   Walmart #: 556577351











$**9**92

Only 6 left!

Sold at **Walmart store** ☀



🚚 Shipping not available

🏬 **Free pickup today** at **National City**
1200 Highland Ave  Pickup options

**Quantity:**                      Add to Cart

1  ▾

🛒 Add to List                    🎁 Add to Registry

1 other seller from **$17.29**

**$17.29** + **$9.75** shipping
Sold & Shipped by **UnbeatableSale**                    ⟩

**Compare all 2 sellers**

## Highlights

- Easy to clean
- Use your own coffee and save money
- Good for the environment

Read more....

🐷 Tell us if something is incorrect

**Smart savings**
on classroom essentials                    Shop now

## Customers also viewed these products











## It is not compatible, don't buy.

2/10/2017

**Was this review helpful?**

👍 Yes (14)

👎 No (0)

🚩 Report

by **CoffeeDrinker**

My husband bought this for me to use with my Keurig 2.0 at work. My machine would not read it, so I started looking around on the internet for information of what I was doing wrong - the box says it should be compatible. Don't waste your money. Every review I have read says it is not compatible despite the company's claims. I wish Walmart would remove it from their shelves because it is very inconvenient to have to return something like this to the store. Anyway, just another review warning people not to waste their money on this product. The representation of compatibility on the package is clearly false.

**Read less ▲**

## Does not work.

12/4/2016

**Was this review helpful?**

👍 Yes (7)

👎 No (6)

🚩 Report

by **jestwopointoh**

I wish zero stars was an option. The thing will not close properly, even empty. I like to run just water into a carafe with tea bags. Even empty it will not close properly so that it fits the machine. On the occasion I did get it to mostly close the machine still won't- it is too deep. I purchased this product when my cups purchased off amazon failed. Interestingly enough- I read to clean the sensor near the needle while looking through the reviews for tips- now my original from Amazon works again but this one still won't. It is a terrible fit for the machine- my keurig won't even close with it in, there's a 1/4 inch gap. Additionally, even if it would close, I don't see what good it would do as there is no outlet for the water going in. If it just floods back up the top, it will wash grinds back out with it- there is no screen. There is a screen at the bottom with a gap between the screen and the bottom of the device but no outlet in that area like my other.

**Read less ▲**

## Grounds for not purchasing

7/4/2017

Was this review helpful?

👍 Yes (1)

👎 No (0)

⚑ Report

#### by RMITCHJ

I have a Keurig 2.0 and wanted to use my own coffee in it. I thought I was making a good purchase and saving space in landfills by purchasing a Brew & Save reusable filter. I was wrong! There have been grounds in the bottom of my cup since the first day I started using it. After only 6 or 7 uses there were so many coffee grounds in the bottom of my cup that I started investigating to find out the reason they were so much worse. I found out why....there are 2 holes in the screening on the bottom of the Brew & Save reusable coffee filter. This filter has never been washed with anything other than rinsed with hot water. I would not recommend this product at all. Get a regular Keurig brand or don't get any at all.

Read less ▲

## Reusable filter

6/24/2016

Was this review helpful?

👍 Yes (18)

👎 No (8)

⚑ Report

#### by Tcraftbc12d

I read that others have had problems after a few uses. Ours worked for a few months and I suspected the fading of the color to be the prob. Not the prob. If I put a foil top from a carafe cup on top of the filter cup it worked every time but that annoyed me After taking a closer look at the coffee maker I noticed a sensor just to the left of the center piercing needle that was a little cloudy. A couple of wipes with a paper towel on the flat bottom part of the sensor and it worked as good as new. Once I figured this out, the actual fix takes a few seconds Less than 10cents for a 4/5 cup brew compared to 40 cents or more per brew. Great value if you ask me. Also I noticed a post that said you had to be careful how much coffee you put in the filter but this is not true As long as you can get the lid fully closed, you are good to go.

Read less ▲

## Don't buy for Kuerig

11/18/2016

Was this review helpful?

👍 Yes (16)

👎 No (2)

⚑ Report

#### by mogirl

I purchased this for my Keurig because it said it would work, however my Keurig will not recognize it. I don't think it is the fault of Brew and save. I figure it has something to do with Keurig and the way they program. But it will not work in mine.

1  2  3  4  5  6

1-5 of 28 reviews    See all ▶

### do not waste your money on this item

4/17/2016

by **javaman**

This is our second Brew and Save Reusable Carafe Filter we have purchased. This product works for about the first 2 to 3 times then you get the 'Ooops' this pod wasn't designed for this machine error. No matter how clean the filter is you will continue to get the error. Ironic that when we purchased our second one we saw a confused elderly woman in the store looking over this very filter and she had the same exact problem we did, yet this item is still for sale despite the incompatibility issues with our 2.0 brewer. If you want only one carafe of coffee this will work but after that it simply will not work. Ekobrew should have done more R & D on this item before release.

Read less ▲

**Was this review helpful?**

👍 Yes (10)

👎 No (2)

🚩 Report

Feedback

---

### Keurig K200

1/18/2017

by **buschman2nc**

I played with this thing for like 2 hours with no luck. This item simply will not work with the Keurig K200 2.0 machine!!

**Was this review helpful?**

👍 Yes (4)

👎 No (0)

🚩 Report

---

### Not Compatible Per Keurig Customer Service

1/6/2017

by **AB17**

I purchased this without reading reviews first, I put it in my 2.0 and the oops message appeared on my machine, I call the customer service number and the rep told me many companies are advertising that their products work with the Keurig brewers without them even being tested. She informed me that their is a sensor in the machine that detects compatibility to ensure machine does not get damaged and also to recognize all the different types of pods because the machine has many functions. DO NOT WASTE YOUR MONEY!

Read less ▲

**Was this review helpful?**

👍 Yes (5)

👎 No (1)

🚩 Report

---

### brew & lose

4/13/2017

by **undun**

worked in Keurig for two carafes. Don't waste your money

**Was this review helpful?**

👍 Yes (2)

👎 No (0)

🚩 Report

**Usually doesn't work**                                    4/13/2016

**Was this review helpful?**

👍 Yes (11)

👎 No (2)

🏳 Report

by **Unhappy**

Just bought this last week. Most of the time, my new Keurig says that this pod is not
compatible. Every once in awhile, the Keurig will recognize it and will brew my coffee for
me. What a pain when i just want my early morning coffee!!

1  [2]  3  4  5  6                                    6-10 of **28** reviews    See all ▸

## Consider these popular products



$4.23

Brew Rite 12-Cup Basket-
Style Coffee...
34
*2-Day Shipping*



$3.85

Brew Rite 4-Cup Coffee
Filters, Basket Style
28
*2-Day Shipping*



$3.28

Melitta #4 Coffee Filters,
Natural Brown, 100...
64
*2-Day Shipping*



$4.24 was $4.78
save $0.54

Maxwell House Original
Roast Ground Coffee...
60
*2-Day Shipping*



$2.94

Brew Rite #4 Cone Coffee
Filter, 100-Count
15
*2-Day Shipping*

Sponsored products 🗗                                    What's this?



| Keurig 2.0 My K-Cup One Size | | Keurig Refillable My K Cup - Plus Filter |
|---|---|---|
| **$14.99** | | **$14.99** |
| Ad BeallsFlorida.com ▼ | Ad | OrganizeIt.com ▼ |
| Keurig 2.0 My K-Cup Reusable Filter | | 2.0 My K-Cup Reusable Coffee Filter |
| **$14.99** | | **$14.99** |
| Ad Blain's Farm & Fleet ▼ | Ad | Mills Fleet Farm ▼ |

Sponsored links 🗗                                    What's this?

LOVE it                                                    5/29/2016              Was this review helpful?

                                                                                  👍 Yes (7)

≡                          All ▾    Search                              🔍           Hello. Sign In
                                                                                    My Account ▾        🛒

        About this item              Customer Reviews          Item Recommendations         Policies & Plans

if the following might have been problems for them but: 1)you have to put the filter the
slot in exactly the same position as described in manual and this must be done each time
it's used; 2) only fill to the fill line and no more; 3) make sure that the lid and the filter
match up cleanly when closed and that there are no coffee grounds between the lid and
the filter. (If there are, the lid doesn't fit smoothly on the filter and the Keurig doesn't like it.
The benefits....you get to use your own coffee same as you would if you had a regular
coffee pot and it's a lot cheaper. I'm buying two more.

                              Read less ▲

Constant fails the compatibility test                     6/27/2017              Was this review helpful?

                                                                                  👍 Yes (0)

by mwolfe83                                                                       🖒 No (0)

I got it to work once after fighting with the little DRM sensor but it is a real hassle. I         🚩 Report
thought it was a fluke so I didn't return it immediately. When I needed the caffeine the
most, the DRM sensor couldn't read the color of the lid properly. Don't buy. It will fail you
when you need it most.

This product is a piece of poop!                          6/27/2017              Was this review helpful?

                                                                                  👍 Yes (0)

by Disappointed                                                                   🖒 No (0)

Every time we try to use it we get the oops message, don't waste your money and a matter         🚩 Report
of fact don't even bother buying the carafe pot because with out a filter it's useless, unless
you spend a lot of money buying the pre made kcarafe pods

Lid won't close properly                                  1/29/2017              Was this review helpful?

                                                                                  👍 Yes (2)

by dawillhite                                                                     🖒 No (0)

When I used it, it would constantly leak down the backside of my coffee maker. Called the         🚩 Report
company and they said the lid was not closing properly and they would send me a new
one. Still waiting. I took back and got my money. While at the store, I opened packages of
the ones on the shelf and none of the lids would close tight. Cheap product. Don't buy.

### Isn't compatible with Keurig 2.0

1/26/2017

Was this review helpful?

👍 Yes (2)

👎 No (0)

🚩 Report

by **Purplemonkey73**

do not waste your money... this item is not compatible with the Keurig 2.0 as stated on packaging... I hated I rated it with a star !!!

1   2   3   4   5   6

11-15 of **28 reviews**   See all ▶

## Consider these popular products



$4.23

Brew Rite 12-Cup Basket-
Style Coffee...
34
*2-Day Shipping*



$3.85

Brew Rite 4-Cup Coffee
Filters, Basket Style
28
*2-Day Shipping*



$3.28

Melitta #4 Coffee Filters,
Natural Brown, 100...
64
*2-Day Shipping*



$4.24 was $4.78
save $0.54

Maxwell House Original
Roast Ground Coffee...
60
*2-Day Shipping*



$2.94

Brew Rite #4 Cone Coffee
Filter, 100-Count
15
*2-Day Shipping*

Sponsored products 🗗                                                                What's this?



Keurig 2.0 My K-Cup One
Size

$14.99

Ad    BeallsFlorida.com ▼

Keurig Refillable My K
Cup - Plus Filter

$14.99

Ad    OrganizeIt.com ▼

Keurig 2.0 My K-Cup
Reusable Filter

$14.99

Ad    Blain's Farm & Fleet ▼

2.0 My K-Cup Reusable
Coffee Filter

$14.99

Ad    Mills Fleet Farm ▼

Sponsored links 🗗                                                                What's this?

Ads by Google



**Brew save Filter**                                         1/6/2017

Was this review helpful?

👍 Yes (1)

by **Buddy**    ✔ **Verified purchaser**

👎 No (0)

Did not work in my Keurig 2.0 even though they advertise that it does. I just kept getting the "oops, not compatible" message. Could not get it to work and tried calling customer service for advice but kept getting a recorded message that said I could not access their # from my area. I had no other use for it so I just returned it to the store.

🚩 Report

---

**Does not work**                                           6/27/2016

Was this review helpful?

👍 Yes (2)

by **SWood**    ✔ **Verified purchaser**

👎 No (0)

We bought one with our new keurig 2.0 and carafe it kept clogging the coffee maker up after repeated attempts returned it and got another one returned it for a refund.

🚩 Report

---

**Does NOT work in 2.0**                                     1/25/2017

Was this review helpful?

👍 Yes (1)

by **Lori**

👎 No (0)

Like every other review on here..works a few times then you get the message that it is not compatible...Keyrig rep confirms that the machine will not recognize it because it's not a k cup

🚩 Report

---

**Keurig filter**                                            9/15/2016

Was this review helpful?

👍 Yes (4)

by **beckyann37**    ✔ **Verified purchaser**

👎 No (2)

works great if you want to brew more than one cup of coffee

🚩 Report

---

**Filter**                                                   7/28/2016

Was this review helpful?

👍 Yes (3)

by **MichiganGma**    ✔ **Verified purchaser**

👎 No (1)

This works so well for a cup or a pot of coffee.

🚩 Report

---

1   2   3   [4]   5   6

16-20 of 28 reviews    See all ▸

## Consider these popular products

## Doesn't Work!!!

3/6/2017

by **SajeMomma**

Bought this at the same time as my Keurig. The packaging says it should work, but as soon as we tried it the Keurig displayed it was incompatible. I'm not sure why they are selling this in stores if it doesn't work with the Keurig models on the shelves. Don't waste your money!

**Was this review helpful?**

👍 **Yes** (0)

👎 **No** (0)

🏳 Report

## Very good product

2/23/2017

by **jeffgrad**    ✔ **Verified purchaser**

I have a Keurig 2.0 but it was burdensome to make a pot of coffee with the individual filter. With the Brew and Save, I could fill the filter up and make a full pot . Excellent product, I would highly recommend it to others.

**Was this review helpful?**

👍 **Yes** (0)

👎 **No** (0)

🏳 Report

## does not latch at the top

3/6/2017

by **Coved**    ✔ **Verified purchaser**

does not latch at the top

**Was this review helpful?**

👍 **Yes** (0)

👎 **No** (0)

🏳 Report

## Terrible LEAKS

12/7/2016

by **sandykync**

Leaks! like crazy get more on counter than in your cup

**Was this review helpful?**

👍 **Yes** (1)

👎 **No** (1)

🏳 Report

1  2  3  4  [5]  6

21-25 of 28 reviews    **See all** ▸

## Consider these popular products



$4.23

Brew Rite 12-Cup Basket-Style Coffee…
34



$3.85

Brew Rite 4-Cup Coffee Filters, Basket Style
28



$3.28

Melitta #4 Coffee Filters, Natural Brown, 100…
64



$4.24 was $4.78
save $0.54
Maxwell House Original Roast Ground Coffee…
60



$2.94

Brew Rite #4 Cone Coffee Filter, 100-Count
15

**Excellent replacement**                                                     12/30/2016

by **kris**    ✔ **Verified purchaser**

My husband and I bought a used vue. As luck would have it, parts are impossible to find.
We took a chance, this worked perfectly. Was a life saver. Love our coffee maker now

**Was this review helpful?**
👍 **Yes** (0)
👎 **No** (2)
🚩 Report

---

**I dont see the point**                                                      4/29/2016

by **Marilyn**

It doesnt close tight

**Was this review helpful?**
👍 **Yes** (2)
👎 **No** (3)
🚩 Report

---

1  2  3  4  5  |6|                                         **26-28** of 28 reviews    **See all ›**

## Consider these popular products



$**4.23**

Brew Rite 12-Cup Basket-
Style Coffee...
34
*2-Day Shipping*



$**3.85**

Brew Rite 4-Cup Coffee
Filters, Basket Style
28
*2-Day Shipping*



$**3.28**

Melitta #4 Coffee Filters,
Natural Brown, 100...
64
*2-Day Shipping*

$**4.24** was $4.78
save $0.54

Maxwell House Original
Roast Ground Coffee...
60
*2-Day Shipping*

$**2.94**

Brew Rite #4 Cone Coffee
Filter, 100-Count
15
*2-Day Shipping*



Sponsored products 🗗                                                          What's this?

# EXHIBIT 2

# EXHIBIT 2

# Keurig 2.0 pod coffeemaker rejects older K-Cups
## But hackers find ways around the digital rights technology

Published: December 17, 2014 03:15 PM



Keurig 2 0 Brewer K550

### Find Ratings

Coffee Makers 🔒
Coffee 🔒

Keurig says its Keurig 2.0 brewing technology delivers "game-changing performance and function" along with "unprecedented beverage choice." But the company's use of digital rights management technology (DRM) to block you from using older or unlicensed K-Cups has prompted a groundswell of protest—including online hacks on how to fool the machine into accepting your K-Cup of choice. Consumer Reports hasn't tested the hacks but the Keurig 2.0 Brewer K550, $200, is in our labs now.

Since Keurig first announced its Keurig 2.0 system in August, almost two years after the company's original K-Cup patent expired, the company has converted all of the K-Cup beverages it sells to the new, protected format. This was intended to ensure that only products from Keurig and its licensees can be used in the Keurig 2.0. (Say goodbye to refillable K-Cup adapters, too.)

As for the machine itself, customers new to single-serve coffeemakers might appreciate the expanded range of serving sizes the Keurig 2.0 K550 offers. The smallest serving is 4 ounces, appropriate for an espresso K-Cup, but if you remove the drip tray and align the included pitcher, you can use one of the new, larger K-Carafe capsules and make up to 30 ounces. Once the machine recognizes the pod, brewing is one-touch unless you need to change portion sizes.



K-Cup for Keurig 2.0

Scores for the Keurig 2.0 K550 so far track closely with the pre-2.0 Keurig VUE V500, $120, which fell a bit short of our recommended models because the first serving takes longer than subsequent ones. On the plus side, servings were consistent in size and temperature; the machine was also very convenient to use. Like all the pod coffeemaks in our tests, the Keurig VUE V500 scored mediocre for coffee taste. We haven't completed our taste tests for the Keurig 2.0 but the company claims its technology optimizes the machine to the "recommended, customized setting for that particular beverage."

Considering a pod coffeemaker as a gift? You can already see how well the six models awaiting taste tests did for speed, convenience, and other criteria, and we've also fully tested more than 30 other models. Check our coffeemakers buying guide to see all the types of coffee machines on the market today. If you're a real coffee lover, opt for a drip coffemaker for a more robust brew.

—Ed Perratore (@EdPerratore on Twitter)



Play Video



0 00 / 1:00

Now Playing

KitchenAid Pricey Pod
Coffeemaker Quick
Look

How to Make the
Perfect Cup of Coffee

Coffee Maker Buying
Guide

Money-saving K-cup
alternatives

Like 0   Share    Tweet   G+

## Find Ratings



**Coffee Makers Ratings**
View and compare all Coffee Makers ratings.

Coffee Makers

**Coffee Ratings**
View and compare all Coffee ratings.

Coffee

Consumer Support            Our Site            Products & Services            Our Network

Keur g 2 0 pod coffeema er re ects o der K Cups - Consumer Reports                                                      3/8/17  4 20 PM

My Account

Customer Care

Report a Safety Problem

Career Opportunities


About Us


Donate

A-Z Index

Product Index

Car Index

Video Index

Canada Extra

en Español

Media Room

Newsletters

Buy a Car:

New Cars

Used Cars

Books & Magazines

Consumers Union

Consumerist

Consumer Health

Choices

View Recent & Past

Issues

ement    Ad Choices                                                                              © 2006 - 2017 Consumer Reports

# DECLARATION OF SERVICE
## *Gina Beckman v. Wal-Mart Stores, Inc. et al.*
United States District Court, Southern District, Case No. 3:17-CV-02249-BAS-BLM

I am employed in the county of San Diego, State of California. I am over the age of 18 and not a party to this action. My business address is 205 West Date Street, San Diego, CA 92101. On June 18, 2018, I served the document(s) described as:

1. **SECOND AMENDED COMPLAINT FOR DAMAGES, RESTITUTION AND INJUNCTIVE RELIEF;**

2. **NOTICE OF PLAINTIFF'S AMENDED PLEADING AFTER DEFENDANT'S MOTION TO DISMISS AND CIVIL RULE 15.1 REQUIREMENT.**

on the following interested parties and in the manner as follows:

Norman A. Ryan, Esq.
nryan@ryanlitigators.com
Carol K. Shieh, Esq.
cshieh@ryanlitigators.com
RYAN CARVALOHO, LLP
Rio Vista Plaza
8989 Rio San Diego Drive, Suite 368
San Diego, CA 92108
Telephone: (858) 455-8700
Facsimile: (858) 455-8701
*Attorneys for Defendant Espresso Supply, Inc.; Eko Brands, LLC, and Wal-Mart Stores, Inc.*

David A. Lowe, Esq.
lowe@lowegrahamjones.com
LOWE GRAHAM JONES
701 5th Avenue, Suite 4800
Seattle, Washington 98104
Telephone: (206) 381-3300
Facsimile: (206) 335-3303
*Attorneys for Defendant Espresso Supply, Inc.; Eko Brands, LLC, and Wal-Mart Stores, Inc.*

☒ **BY ELECTRONIC ACCESS:** pursuant to Electronic Filing General Order 08-02 and Local Rule 5-4, I hereby certify that the above documents were uploaded to the ECF website and will be posted on the Website by the close of the next business day and the webmaster will give e-mail notification to all parties.

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices. I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on June 18, 2018, at San Diego, California.

*Andrea Gorriño*
Andrea Gorriño

1