# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA BECKMAN,<br><br>                        Plaintiff,<br><br>   v.<br><br>WALMART, INC., *et al.*,<br><br>                       Defendants. | Case No. 17-cv-2249-BAS-BLM<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**[ECF No. 46]** |

Presently before the Court is the Parties' Joint Motion for Dismissal of Plaintiff's Individual Claims With Prejudice and the Class Claims Without Prejudice. (ECF No. 46.) The Parties have reached a settlement that resolves Plaintiff's individual claims. Good cause appearing, the Court **GRANTS** the Joint Motion. Plaintiff's individual claims are dismissed with prejudice and the class claims are dismissed without prejudice. The Clerk is instructed to close the file.

**IT IS SO ORDERED.**

**DATED: April 30, 2019**

Hon. Cynthia Bashant
United States District Judge